# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143206

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

DEMARCO MARCELL JAMERSON,
  Defendant-Appellant.
_____/

SC: 143206
COA: 303507
Saginaw CC: 09-032774 FC

On order of the Court, the application for leave to appeal the May 20, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919